O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. HUNTER,<br><br>      Petitioner,<br><br>vs.<br><br>JAMES A. YATES,<br><br>      Respondent. | Case No. CV 10-1079-JHN (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action without prejudice for failure to exhaust state remedies.

DATED: September 9, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE