JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. HUNTER,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JAMES A. YATES,<br><br>　　　　Respondent. | Case No. CV 10-1079-JHN (RNB)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: _September 9, 2010_

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY